**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Tracie J. Waugh |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio |
| Case number | 1:19-bk-12893 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 16-2

**Last 4 digits** of any number you use to identify the debtor's account: 3 6 8 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 01/05/2021

**New total payment:** $ 791.67
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 267.49     New escrow payment: $ 261.06

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

| Debtor 1 | Tracie J. Waugh | Case number (if known) 1:19-bk-12893 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date  11/12/2020

Print:  Molly Slutsky Simons
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number      Street

Loveland                              OH        45140
City                                  State     ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com

SN Servicing Corporation                                                                                   Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   November 09, 2020

TRACIE WAUGH                                                                                              Loan:
511 TOWNSHIP RD 267                                              Property Address:
WATERLOO OH  45688                                               511 TOWNSHIP ROAD 267
                                                                 WATERLOO, OH  45688


## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Sept 2019 to Dec 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jan 05, 2021: |
|---|---|---|
| Principal & Interest Pmt: | 530.61 | 530.61 |
| Escrow Payment: | 267.49 | 261.06 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $798.10 | $791.67 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 05, 2020 |
| Escrow Balance: | (84.85) |
| Anticipated Pmts to Escrow: | 534.98 |
| Anticipated Pmts from Escrow (-): | 169.70 |
| Anticipated Escrow Balance: | $280.43 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 802.48 | (9,936.48) |
| Sep 2019 | 267.49 | | | * | | 1,069.97 | (9,936.48) |
| Oct 2019 | 267.49 | | | * | | 1,337.46 | (9,936.48) |
| Oct 2019 | | | | 230.94 * | Forced Place Insur | 1,337.46 | (10,167.42) |
| Nov 2019 | 267.49 | | | * | | 1,604.95 | (10,167.42) |
| Nov 2019 | | | | 86.25 * | Forced Place Insur | 1,604.95 | (10,253.67) |
| Dec 2019 | 267.49 | | | * | | 1,872.44 | (10,253.67) |
| Dec 2019 | | | | 86.25 * | Forced Place Insur | 1,872.44 | (10,339.92) |
| Jan 2020 | 267.49 | | | * | | 2,139.93 | (10,339.92) |
| Jan 2020 | | | | 86.25 * | Forced Place Insur | 2,139.93 | (10,426.17) |
| Feb 2020 | 267.49 | | | * | | 2,407.42 | (10,426.17) |
| Feb 2020 | | | | 1,065.24 * | County Tax | 2,407.42 | (11,491.41) |
| Feb 2020 | | | | 86.25 * | Forced Place Insur | 2,407.42 | (11,577.66) |
| Mar 2020 | 267.49 | | 419.28 | * | County Tax | 2,255.63 | (11,577.66) |
| Mar 2020 | | | | 86.25 * | Forced Place Insur | 2,255.63 | (11,663.91) |
| Apr 2020 | 267.49 | 543.00 | | * | | 2,523.12 | (11,120.91) |
| Apr 2020 | | | | 86.25 * | Forced Place Insur | 2,523.12 | (11,207.16) |
| May 2020 | 267.49 | 108.60 | | * | | 2,790.61 | (11,098.56) |
| May 2020 | | | | 85.44 * | Forced Place Insur | 2,790.61 | (11,184.00) |
| Jun 2020 | 267.49 | 54.30 | | * | | 3,058.10 | (11,129.70) |
| Jun 2020 | | | | 85.28 * | Forced Place Insur | 3,058.10 | (11,214.98) |
| Jun 2020 | | | | 1,049.24 * | County Tax | 3,058.10 | (12,264.22) |
| Jul 2020 | 267.49 | 54.30 | 443.61 | * | County Tax | 2,881.98 | (12,209.92) |
| Jul 2020 | | | 2,347.00 | * | Homeowners Policy | 534.98 | (12,209.92) |
| Jul 2020 | | | | 85.19 * | Forced Place Insur | 534.98 | (12,295.11) |
| Aug 2020 | 267.49 | 267.49 | | | | 802.47 | (12,027.62) |

Page 1

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Aug 2020 | 624.34 | | * Escrow Only Payment | 802.47 | (11,405.28) |
| Aug 2020 | | 85.11 | * Forced Place Insur | 802.47 | (11,488.39) |
| Sep 2020 | 944.07 | | * Escrow Only Payment | 802.47 | (10,544.32) |
| Sep 2020 | 267.49 | | * | 802.47 | (10,276.83) |
| Sep 2020 | | 85.02 | * Forced Place Insur | 802.47 | (10,361.85) |
| Oct 2020 | 10,179.30 | | * Escrow Only Payment | 802.47 | (182.55) |
| Oct 2020 | 267.49 | | * | 802.47 | 84.94 |
| Oct 2020 | | 84.94 | * Forced Place Insur | 802.47 | 0.00 |
| Nov 2020 | | 84.85 | * Forced Place Insur | 802.47 | (84.85) |
| | | | Anticipated Transactions | 802.47 | (84.85) |
| Nov 2020 | 267.49 | 84.85 | Forced Place Insur | | 97.79 |
| Dec 2020 | 267.49 | 84.85 | Forced Place Insur | | 280.43 |
| | $3,209.88  $13,845.36 | $3,209.89 | $3,628.45 | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 3,209.89. Under Federal law, your lowest monthly balance should not have exceeded 534.98 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Page 2

SN Servicing Corporation Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: November 09, 2020

TRACIE WAUGH                                                                                              Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 280.43 | 1,233.42 |
| Jan 2021 | 261.06 | 84.85 | Forced Place Insur | 456.64 | 1,409.63 |
| Feb 2021 | 261.06 | 84.85 | Forced Place Insur | 632.85 | 1,585.84 |
| Mar 2021 | 261.06 | 1,065.24 | County Tax | (171.33) | 781.66 |
| Mar 2021 | | 84.85 | Forced Place Insur | (256.18) | 696.81 |
| Apr 2021 | 261.06 | 84.85 | Forced Place Insur | (79.97) | 873.02 |
| May 2021 | 261.06 | 84.85 | Forced Place Insur | 96.24 | 1,049.23 |
| Jun 2021 | 261.06 | 84.85 | Forced Place Insur | 272.45 | 1,225.44 |
| Jul 2021 | 261.06 | 1,049.24 | County Tax | (515.73) | 437.26 |
| Jul 2021 | | 84.85 | Forced Place Insur | (600.58) | 352.41 |
| Aug 2021 | 261.06 | 84.85 | Forced Place Insur | (424.37) | 528.62 |
| Sep 2021 | 261.06 | 84.85 | Forced Place Insur | (248.16) | 704.83 |
| Oct 2021 | 261.06 | 84.85 | Forced Place Insur | (71.95) | 881.04 |
| Nov 2021 | 261.06 | 84.85 | Forced Place Insur | 104.26 | 1,057.25 |
| Dec 2021 | 261.06 | 84.85 | Forced Place Insur | 280.47 | 1,233.46 |
| | $3,132.72 | $3,132.68 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 352.41. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 522.11 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 280.43. Your starting balance (escrow balance required) according to this analysis should be $1,233.42. This means you have a shortage of 952.99. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 3,132.68. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 261.06 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $261.06 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:19-bk-12893 |
| Tracie J. Waugh | Chapter 13 |
| Debtor. | Judge Jeffery P. Hopkins |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on November 12, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on November 12, 2020 addressed to:

Tracie J. Waugh, Debtor
511 Twp. Rd. 267
Waterloo, OH 45688

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor