**Fill in this information to identify the case:**

Debtor 1 ___Tracie J. Waugh___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio

Case number  1:19-bk-12893

Official Form 410S1

# Notice of Mortgage Payment Change                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust

**Court claim no.** (if known): 16-2

**Last 4 digits** of any number you use to identify the debtor's account:   3   6   8   2

**Date of payment change:**
Must be at least 21 days after date of this notice       01/05/2022

**New total payment:**          $ 713.29
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:   $ 261.06        New escrow payment:   $ 182.68

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Tracie J. Waugh | Case number (if known) | 1:19-bk-12893 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons
Signature

Date 11/11/2021

Print: Molly Slutsky Simons
First Name   Middle Name   Last Name

Title Attorney for Creditor

Company Sottile & Barile, Attorneys at Law

Address 394 Wards Corner Road, Suite 180
Number   Street

Loveland                              OH        45140
City                                  State     ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com

Official Form 410S1                Notice of Mortgage Payment Change                page **2**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

TRACIE WAUGH
511 TOWNSHIP RD 267
WATERLOO OH  45688

Analysis Date: November 01, 2021                                                                                              Final
Property Address: 511 TOWNSHIP ROAD 267  WATERLOO, OH 45688                                                  Loan:

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Jan 2021 to Dec 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jan 05, 2022: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 530.61 | 530.61 | Due Date: | Nov 05, 2021 |
| Escrow Payment: | 261.06 | 182.68 | Escrow Balance: | 946.99 |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 522.12 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 251.43 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | $1,217.68 |
| Total Payment: | $791.67 | $713.29 | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,233.42 | 97.88 |
| Jan 2021 | 261.06 | 528.55 | 84.85 | 84.76 * | Forced Place Insur | 1,409.63 | 541.67 |
| Feb 2021 | 261.06 | 261.06 | 84.85 | 84.57 * | Forced Place Insur | 1,585.84 | 718.16 |
| Feb 2021 | | | | 592.43 * | County Tax | 1,585.84 | 125.73 |
| Mar 2021 | 261.06 | | 1,065.24 | * | County Tax | 781.66 | 125.73 |
| Mar 2021 | | 261.06 | 84.85 | 84.48 * | Forced Place Insur | 696.81 | 302.31 |
| Apr 2021 | 261.06 | 261.06 | 84.85 | 84.39 * | Forced Place Insur | 873.02 | 478.98 |
| May 2021 | 261.06 | 261.06 | 84.85 | 84.29 * | Forced Place Insur | 1,049.23 | 655.75 |
| Jun 2021 | 261.06 | 261.06 | 84.85 | 84.20 * | Forced Place Insur | 1,225.44 | 832.61 |
| Jun 2021 | | | | 17.60 * | County Tax | 1,225.44 | 815.01 |
| Jun 2021 | | | | 576.43 * | County Tax | 1,225.44 | 238.58 |
| Jul 2021 | 261.06 | | 1,049.24 | * | County Tax | 437.26 | 238.58 |
| Jul 2021 | | 261.06 | 84.85 | 84.10 * | Forced Place Insur | 352.41 | 415.54 |
| Aug 2021 | 261.06 | 261.06 | 84.85 | 84.01 * | Forced Place Insur | 528.62 | 592.59 |
| Sep 2021 | 261.06 | 261.06 | 84.85 | 83.91 * | Forced Place Insur | 704.83 | 769.74 |
| Oct 2021 | 261.06 | 261.06 | 84.85 | 83.81 * | Forced Place Insur | 881.04 | 946.99 |
| Nov 2021 | 261.06 | | 84.85 | * | Forced Place Insur | 1,057.25 | 946.99 |
| Dec 2021 | 261.06 | | 84.85 | * | Forced Place Insur | 1,233.46 | 946.99 |
| | | | | | Anticipated Transactions | 1,233.46 | 946.99 |
| Oct 2021 | | | | 83.81 | Forced Place Insur | | 863.18 |
| Nov 2021 | | 261.06 | | 83.81 | Forced Place Insur | | 1,040.43 |
| Dec 2021 | | 261.06 | | 83.81 | Forced Place Insur | | 1,217.68 |

Page 1

$3,132.72   $3,400.21   $3,132.68   $2,280.41

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 3,132.68.  Under Federal law, your lowest monthly balance should not have exceeded 522.11 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than 352.41.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.

Analysis Date: November 01, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Final
Borrower: TRACIE WAUGH　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| | To Escrow | From Escrow | | Anticipated | Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 1,217.68 | 692.11 |
| Jan 2022 | 182.68 | 83.81 | Forced Place Insur | 1,316.55 | 790.98 |
| Feb 2022 | 182.68 | 83.81 | Forced Place Insur | 1,415.42 | 889.85 |
| Mar 2022 | 182.68 | 610.03 | County Tax | 988.07 | 462.50 |
| Mar 2022 |  | 83.81 | Forced Place Insur | 904.26 | 378.69 |
| Apr 2022 | 182.68 | 83.81 | Forced Place Insur | 1,003.13 | 477.56 |
| May 2022 | 182.68 | 83.81 | Forced Place Insur | 1,102.00 | 576.43 |
| Jun 2022 | 182.68 | 83.81 | Forced Place Insur | 1,200.87 | 675.30 |
| Jul 2022 | 182.68 | 576.43 | County Tax | 807.12 | 281.55 |
| Jul 2022 |  | 83.81 | Forced Place Insur | 723.31 | 197.74 |
| Aug 2022 | 182.68 | 83.81 | Forced Place Insur | 822.18 | 296.61 |
| Sep 2022 | 182.68 | 83.81 | Forced Place Insur | 921.05 | 395.48 |
| Oct 2022 | 182.68 | 83.81 | Forced Place Insur | 1,019.92 | 494.35 |
| Nov 2022 | 182.68 | 83.81 | Forced Place Insur | 1,118.79 | 593.22 |
| Dec 2022 | 182.68 | 83.81 | Forced Place Insur | 1,217.66 | 692.09 |
|  | $2,192.16 | $2,192.18 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 197.74. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 365.36 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,217.68. Your starting balance (escrow balance required) according to this analysis should be $692.11. This means you have a surplus of 525.57. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 2,192.18. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Page 3

Analysis Date: November 01, 2021  
Borrower: TRACIE WAUGH  
Final  
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 182.68 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $182.68 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:19-bk-12893 |
| Tracie J. Waugh | Chapter 13 |
| Debtor. | Judge Jeffery P. Hopkins |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on November 11, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on November 11, 2021 addressed to:

Tracie J. Waugh, Debtor
511 Twp. Rd. 267
Waterloo, OH 45688

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor